The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATOYA F. GRANT,<br><br>Defendant. | No. CR24-202-JLR<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, a sum of money (also known as a forfeiture money judgment) in the amount of $134,873.44, reflecting the proceeds Defendant Katoya F. Grant personally received from *Conspiracy to Commit Theft of Government Property*, in violation of 18 U.S.C. § 371, and from *Health Care Fraud*, in violation of 18 U.S.C. § 1347 and 2.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate for the following reasons:

Order of Forfeiture - 1
*United States v. Grant,* CR24-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The proceeds of *Conspiracy to Commit Theft of Government Property*, in violation of 18 U.S.C. § 371, and *Health Care Fraud*, in violation of 18 U.S.C. § 1347 and 2, are forfeitable pursuant to 18 U.S.C. § 982(a)(7);

2. In her Plea Agreement, Defendant Grant agreed to forfeit, pursuant to 18 U.S.C. § 982(a)(7), the proceeds she obtained from *Conspiracy to Commit Theft of Government Property*, and *Health Care Fraud,* to which she entered a guilty plea. (Dkt. No. 56 ¶ 13);

3. In her Plea Agreement, Defendant Grant admitted she personally obtained proceeds from the *Conspiracy to Commit Theft of Government Property* and *Health Care Fraud* of approximately $134,873.44 (*Id.* ¶¶ 8, 13); and

4. The forfeiture of this sum of money is personal to Defendant Grant and pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(7), and her Plea Agreement, Defendant Grant's interest in the sum of money in the amount of $134,873.44 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Grant at the time she is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $134,873.44; and

Order of Forfeiture - 2
*United States v. Grant,* CR24-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 27th day of October, 2025.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Order of Forfeiture - 3
*United States v. Grant,* CR24-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970