THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )    No. CR24-202-JLR
                                         )
                    Plaintiff,           )
                                         )
            v.                           )    ORDER TO SEAL SENTENCING
                                         )    MEMORANDUM AND EXHIBITS
KATOYA F. GRANT,                         )
                                         )
                    Defendant.           )
                                         )

THE COURT has considered Katoya Grant's motion to seal her Sentencing Memorandum and Exhibits 3 and 4. The Court finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Ms. Grant's Sentencing Memorandum and Exhibits 3 and 4 will be filed under seal.

DONE this 25th day of February 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Katoya F. Grant

ORDER TO SEAL SENTENCING
MEMORANDUM AND EXHIBITS
(*United States v. Grant*, CR24-202-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**